JOHN C. BLACK
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, Washington  99201
Phone: 509-455-8711
Fax: 509-455-8734
E-mail: jblack@dunnandblack.com

Attorneys for Defendants

United States District Court
for the
District of Alaska

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF DENNIS C. BOWEN d/b/a BOWEN GENERAL CONTRACTORS and DENNIS C. BOWEN d/b/a BOWEN GENERAL CONTRACTORS, | ) ) ) ) ) ) | Civil Action No. 3:13-CV-00083-SLG **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GRANITE PETROLEUM, INC. and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, PAYMENT BOND NO. 6719081, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties, by and through their respective attorneys, hereby stipulate and agree that all of the claims and counter claims asserted by plaintiffs United States of American, for the Use and Benefit of Dennis C. Bowen d/b/a Bowen General Contractors and Dennis C. Bowen d/b/a Bowen General Contractors and by defendants Granite Petroleum, Inc. and First National Insurance Company of America and its Payment Bond No. 6719081, are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees.

DATED this **11th** day of February, 2016.

DUNN & BLACK, P.S.

_____

JOHN C. BLACK, ASB #8611096
Attorney for Defendants
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, Washington 99201
E-mail: jblack@dunnandblack.com
Phone (509) 455-8711


LAW OFFICES OF JOHN C. PHARR, P.C.


See attached_____
JOHN C. PHARR, ABA #8211140
Attorney for Plaintiffs

DATED this _____ day of February, 2016.

DUNN & BLACK, P.S.

JOHN C. BLACK, ASB #8611096
Attorney for Defendants
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, Washington 99201
E-mail: jblack@dunnandblack.com
Phone (509) 455-8711

LAW OFFICES OF JOHN C. PHARR, P.C.

JOHN C. PHARR, ABA #8211140
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of February, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- **John C. Pharr**
  jpharr@gci.net

s/ John C. Black
JOHN C. BLACK, ASB #8611096
Attorney for Defendants
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, Washington 99201
E-mail: jblack@dunnandblack.com
Phone (509) 455-8711