IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF DENNIS C. BOWEN d/b/a BOWEN GENERAL CONTRACTORS and DENNIS C. BOWEN d/b/a BOWEN GENERAL CONTRACTORS,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>GRANITE PETROLEUM, INC. and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, PAYMENT BOND NO. 6719081,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13-cv-00083-SLG |

## ORDER RE STIPULATION FOR DISMISSAL

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Docket 38), and good cause appearing, IT IS ORDERED that all claims and counter claims asserted in this case are hereby DISMISSED with prejudice. IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs

DATED this 17th day of February, 2016 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE